Augusta Rork, Appellant, *v.* The City of New York, Respondent.

*Rork v. City of New York*, 102 App. Div. 616, affirmed.
(Argued May 5, 1905; decided June 6, 1905.)

Appeal from a judgment, entered March 10, 1905, upon an order of the Appellate Division of the Supreme Court in the first judicial department, overruling plaintiff's exceptions, ordered to be heard in the first instance by the Appellate

Division, denying a motion for a new trial and directing that the complaint be dismissed.

*George H. Fletcher* for appellant.

*John J. Delany, Corporation Counsel (Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.